# United States District Court

### WESTERN DISTRICT OF WASHINGTON

DEBBIE L. HOLLAND,

                        Plaintiff,

          v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                     Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C09-5574JRC

**__**    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**√**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT

        the above captioned case be REMANDED to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings.

June 14, 2010
Date

BRUCE RIFKIN
District Court Executive

*s/Kelly A Miller*
By Kelly A Miller, Deputy Clerk