UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBBIE L. HOLLAND,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | CASE NO.  C09-5574JRC<br><br>ORDER GRANTING IN PART MOTION TO VACATE |

      This matter comes before the Court on a Defendant's motion to vacate judgment entered on June 14, 2010 (Dkt# 15).  This Court having reviewed the motion, the case file and having heard argument, hereby GRANTS in part Defendant's Motion by instructing that the District Court Clerk enter an Amended Judgment in a Civil Case consistent with the Amended Judgment in a Civil Case attached hereto as Exhibit A.

      Dated this 13th day of August, 2010.

                                                J. Richard Creatura
                                                United States Magistrate Judge

ORDER - 1